IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>THE WALTER E. CAMPBELL COMPANY, INC., *et al.*,<br><br>        Defendants. | Case No. 1:12-cv-03307-WMN |

### SUPPLEMENTAL AFFIDAVIT OF HARRY LEE

1. My name is Harry Lee, and I am an adult over the age of eighteen and am competent to testify to the matters herein.

2. I am a partner at the law firm of Steptoe & Johnson LLP, counsel for Defendant St. Paul Fire and Marine Insurance Company ("St. Paul") in this action.

3. I submit this affidavit in support of the (1) Reply in Support of Certain Insurers' Renewed Motion for Partial Summary Judgment and (2) Certain Insurers' Opposition to Defendant The Walter E. Campbell Company, Inc.'s ("WECCO") Objections and Renewed Motion to Strike Evidence Offered in Support of Certain Insurers' Renewed Motion for Partial Summary Judgment. I base this affidavit on personal knowledge of the facts contained herein.

4. On June 23, 2014, certain parties to this action had a telephonic meet and confer regarding the scope of the documents sought by WECCO's First Sets of Requests for Production of Documents. This meet and confer was attended by Jeffrey Raskin on behalf of WECCO, Jacob Cohn on behalf of U.S. Fire Insurance Company, Ana Francisco on behalf of General Insurance Company, Charles Blair on behalf of National Indemnity Company and Continental

Insurance Company, James Ruggeri on behalf of The Hartford Financial Services Group Inc. ("Hartford"), and Catherine Cockerham and me on behalf of St. Paul Fire and Marine Insurance Company.  During this meet and confer, Mr. Raskin represented that WECCO was not seeking the production of reinsurance materials in response to WECCO's First Sets of Requests for Production of Documents.

5. Attached hereto as Exhibit 23 is a true and correct copy of the Response of The Walter E. Campbell Company, Inc. to Plaintiff's First Request for Production of Documents, dated August 1, 2014.

6. Attached hereto as Exhibit 24 is a true and correct copy of the Motion for Summary Judgment of Intervenors, filed in *In re Wallace & Gale*, No. PJM 94-2327 (D. Md.), dated March 9, 2001, which I received as counsel of record in that action.

7. Attached hereto as Exhibit 25 is a true and correct copy of the Motion for Summary Judgment of The Travelers Casualty and Surety Company Concerning the "Allocation" and "Aggregate" Issues, filed in *In re Wallace & Gale*, No. PJM 94-2327 (D. Md.), dated April 9, 2001, which I received as counsel of record in that action.

8. Attached hereto as Exhibit 26 is a true and correct copy of the Final Order of Judgment entered on October 25, 2002 in *In re Wallace & Gale*, No. PJM 94-2327 (D. Md.), which I received as counsel of record in that action.

9. Attached hereto as Exhibit 27 is a true and correct copy of the Opening Brief of Appellants, filed in *In re Wallace & Gale*, Nos. 02-2389, 02-2427 (4th Cir.), dated May 7, 2003, available at 2003 WL 25315567.

10. Attached hereto as Exhibit 28 is a true and correct copy of an email chain between various counsel, including Jeffrey Raskin and me, dated March 27, 2014.

11.     Attached hereto as Exhibit 29 is a true and correct copy of Plaintiff The Walter E. Campbell Company's Response to Motion to Dismiss or in the Alternative to Stay, filed in *The Walter E. Campbell Co., Inc., v. Gen. Ins. Co. of Am.*, No. 2013 CA 000109 B (D.C. Super. Ct.), dated September 19, 2013.

12.     Attached hereto as Exhibit 30 is a true and correct copy of the deposition transcript of Michael C. Gibbons, Sr., dated November 2, 2011, excerpts of which were previously submitted as Exhibit 10 (Dkt. No. 220-12) to my October 10, 2014 affidavit (Dkt. No. 220-2).

13.     Attached hereto as Exhibit 31 is a true and correct copy of a letter from WECCO's defense counsel, Richard Flax, dated March 31, 2000, which St. Paul produced at Bates numbers STPAUL_0165442-48.

14.     Attached hereto as Exhibit 32 is a true and correct copy of an Application for Umbrella Liability Policy for desired policy period April 1, 1977 - April 1, 1978, which Hartford produced at Bates numbers HART000332-339.  The document indicates that Hartford located the document "in its business records."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 13th day of November, 2014.

_____
Harry Lee